Filed: 10/24/2025 3:05 PM
Clerk
Marion County, Indiana

# Exhibit A

FILED

October 24, 2025

CLERK OF THE COURT
MARION COUNTY
SF

Docusign Envelope ID: 2669F118-4E75-4946-99F4-E6FC4BAD769A

## INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D01-2312-PL-049785 |

|  |  |
|---|---|
| SOLERA PEARL, LLC,<br>SOLERA EXPO, LLC, and<br>ASPEN INVESTMENT GROUP, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| PEARL CAPITAL MANAGEMENT, LLC,<br>TEGETHOFF DEVELOPMENT, LLC and<br>JEFFREY J. TEGETHOFF, individually, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### AGREED JUDGMENT

Plaintiffs Solera Pearl, LLC, Solera Expo, LLC, and Aspen Investment Group, LLC (collectively, "Plaintiffs") and Defendants, Pearl Capital Management, LLC, Tegethoff Development, LLC, and Jeffrey J. Tegethoff (collectively, "Defendants") agree that a judgment will be entered in favor of Plaintiffs and against Defendants, jointly and severally, and shall be entered on the Marion County Judgment Docket in the amount of thirteen million dollars and zero cents ($13,000,000) (the "Judgment Amount").

The Judgment Amount shall bear interest at the rate of 8% per year, accruing as prejudgment interest from October 1, 2025 until the date this Agreed Judgment is entered by the Court and continuing thereafter as post-judgment interest until the Judgment Amount is paid in full. Defendants shall be responsible, jointly and severally, for any costs of collection, including attorneys' fees and costs, incurred by Plaintiffs in collecting the Judgment Amount. Defendants affirm, under penalties of perjury, that this Agreed Judgment is not made for the purpose of defrauding creditors.

1

Docusign Envelope ID: 2669F118-4E75-4946-99F4-E6FC4BAD769A

PEARL CAPITAL MANAGEMENT, LLC

By: _____

Title ____Manager____

TEGETHOFF DEVELOPMENT, LLC

By: _____

Title ____Manager____

JEFFREY J. TEGETHOFF

_____

SOLERA PEARL, LLC

By: _____
Shawn Bush
21ADA2F445704C6

Title Manager

SOLERA EXPO, LLC

By: _____
Shawn Bush
21ADA2F445704C6

Title Manager

ASPEN INVESTMENT GROUP, LLC

By: _____
Shawn Bush
21ADA2F445704C6

Title Manager

*[remainder of page left intentionally blank]*

2

Docusign Envelope ID: 2669F118-4E75-4946-99F4-E6FC4BAD769A

Anthony S. Ridolfo, 22824-49
Timothy K. Ryan, 6339-49
Jacob P. Eckhardt, 37625-06
HACKMAN HULETT LLP
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
317-636-5401
aridolfo@hhlaw-in.com
tryan@hhlaw-in.com
jeckhardt@hhlaw-in.com

*Attorneys for Defendants*

Signed by:
Aaron Grant
D768AB0A4C1D459

Aaron D. Grant, 25594-49
Zachary D. Myers, 27978-49
Kaylin O. Cook, 36921-49
McCARTER & ENGLISH, LLP
10 East Main Street, Suite 200
Carmel, IN 46032
(317) 810-5500
Fax: (317) 602-1698
agrant@mccarter.com
zmyers@mccarter.com
kcook@mccarter.com

*Attorneys for Plaintiffs*

**APPROVED.**

**SO ORDERED.**

Date: _____ 10/24/2025 _____

Hon. Christina R. Klineman
Marion County Superior Court

Distribution: all counsel of record

3

Filed: 10/24/2025 3:05 PM
Clerk
Marion County, Indiana

# INDIANA COMMERCIAL COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D01-2312-PL-049785 |

|  |  |
|---|---|
| SOLERA PEARL, LLC, | ) |
| SOLERA EXPO, LLC, and | ) |
| ASPEN INVESTMENT GROUP, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| PEARL CAPITAL MANAGEMENT, LLC, | ) |
| TEGETHOFF DEVELOPMENT, LLC and | ) |
| JEFFREY J. TEGETHOFF, individually, | ) |
| | ) |
| Defendants. | ) |

## TENDER OF AGREED JUDGMENT

Plaintiffs Solera Pearl, LLC, Solera Expo, LLC, and Aspen Investment Group, LLC and

Defendants, Pearl Capital Management, LLC, Tegethoff Development, LLC, tender to the Court

the Agreed Judgment attached here as **Exhibit A** and request the Court enter the Agreed Judgment

and for all other appropriate relief.

Respectfully submitted,

/s/ Aaron D. Grant
Aaron D. Grant, 25594-49
Zachary D. Myers, 27978-49
Kaylin O. Cook, 36921-49
McCARTER & ENGLISH, LLP
10 East Main Street, Suite 200
Carmel, IN 46032
(317) 810-5500
Fax: (317) 602-1698
agrant@mccarter.com
zmyers@mccarter.com
kcook@mccarter.com

*Attorneys for Plaintiffs*

ME1\57600948.v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

Timothy K. Ryan
Anthony Ridolfo
Jacob Eckhardt
**Hackman Hulett LLP**
135 N. Pennsylvania Street
Suite 1610
Indianapolis, IN 46204
*Counsel for Defendants*

*/s/ Aaron D. Grant*
Aaron D. Grant, #25594-49

McCARTER & ENGLISH, LLP
10 East Main Street, Suite 200
Carmel, IN  46032
Phone  (317) 810-5500
Fax      (317) 602-1698
agrant@mccarter.com

2

ME1\57600948.v1